# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BETHANY GAUDREAU, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MY PILLOW, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. _____ |

## DEFENDANT MY PILLOW, INC.'S NOTICE OF REMOVAL

Defendant My Pillow, Inc. ("Defendant" or "MyPillow"), pursuant to 28 USC §§ 1441 and 1446, states as follows in support of its Notice of Removal:

1. Plaintiff Bethany Gaudreau, individually and on behalf of all others similarly situated (hereinafter "Plaintiff") initiated the above-entitled action by filing a Class Action Complaint ("Complaint") in the Ninth Judicial Circuit Court in and for Orange County, Florida, on September 28, 2021.

2. A copy of the Complaint is attached hereto as Exhibit 1.

3. A copy of the remaining state court documents are attached as Exhibit 2.

4. A copy of the state court docket sheet is attached as Exhibit 3.

5. Plaintiff effectuated service of the Complaint on MyPillow on October 28, 2021.

6. The Complaint alleges causes of action based on purported violations of the laws of the United States, specifically 47 U.S.C. § 227 and 47 C.F.R. § 64.1200. This Court therefore has original jurisdiction over the above-entitled action under 28 U.S.C. § 1331, and the action may be removed pursuant to 28 U.S.C. § 1441(a).

7. MyPillow files this Notice of Removal within 30 days of receipt of the initial pleading as required by 28 U.S.C. § 1446(b). Accordingly, removal of this action is timely. No previous application for removal has been made.

8. Venue is appropriate in the United States District Court for the Middle District of Florida because the Ninth Judicial Circuit Court in and for Orange County, Florida, is located in the United States District Court for the Middle District of Florida. 28 U.S.C. §§ 1441(a), 1446(a).

9. MyPillow, the removing party, is the sole defendant named in the action. 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, process, and orders served on MyPillow in this action are attached to this Notice of Removal as Exhibit A.

11. Pursuant to 28 U.S.C. § 1446(d), on the date set forth below, a copy of this Notice of Removal will be served on Plaintiff's attorney.

12. Pursuant to 28 U.S.C. § 1446(d), on the date set forth below, a copy of this Notice of Removal will be filed with the clerk of the Ninth Judicial Circuit Court in and for Orange County, Florida.

13. MyPillow respectfully reserves the right to amend or supplement this Notice of Removal, and respectfully reserves the right to submit evidence supporting this Notice of Removal should Plaintiff move to remand this action to state court.

14. MyPillow further respectfully reserves the right to assert any defenses to Plaintiff's cause of action including, but not limited to, MyPillow's right to move for dismissal of the above-entitled action based on a lack of personal jurisdiction, a lack of subject-matter jurisdiction, and/or a failure to state a claim upon which relief can be granted.

WHEREFORE, please take notice that the above-entitled action is hereby removed from the Ninth Judicial Circuit Court in and for Orange County, Florida.

DATED:  November 10, 2021

**HARTNETT LAW P.A.**

By */s/  David P. Hartnett*
David P. Hartnett
Florida Bar No. 946631
8900 S.W. 107 Avenue
Suite 301
Miami, Florida 33176
Telephone: 305-598-2000
 Facsimile: 305-675-6171
 dhartnett@thehartnettfirm.com

**PARKER DANIELS KIBORT LLC**
Andrew D. Parker (MN Bar No. 195042)*
Ryan P. Malone (MN Bar No. 0395795)*
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
malone@parkerdk.com

*Pending *pro hac vice*

*Counsel for Defendant My Pillow, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 10, 2021, I have filed the foregoing with the Clerk of the Court who will use the CM/ECF system which will send a notice of electronic filing and a copy has been sent via e-mail (as well as through the notice of filing through the state court action) to the following:

> Manuel S. Hiraldo, Esq.
> 401 E. Las Olas Boulevard
> Suite 1400
> Ft. Lauderdale, Florida 33301
> mhiraldo@hiraldolaw.com