Exhibit 1

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY, FLORIDA

### CASE NO.

BETHANY GAUDREAU,
individually and on behalf of all,
others similarly situated,                                          **CLASS ACTION**

      Plaintiff,                                                **JURY TRIAL DEMANDED**

v.

MY PILLOW, INC.,

      Defendant.
_____/

### CLASS ACTION COMPLAINT

Plaintiff Bethany Gaudreau brings this class action against Defendant My Pillow, Inc., and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

### NATURE OF THE ACTION

1.      This is a putative class action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*. (the "TCPA").

2.      To market its products, Defendant engages in unsolicited text messaging and violates TCPA by continuing to place text message calls to consumers after they request to opt out of Defendant's advertisements.

3.      Through this action, Plaintiff seeks an injunction and statutory damages on behalf of herself and the Class members, as defined below, and any other available legal or equitable remedies resulting from the unlawful actions of Defendant.

1

## PARTIES

4.      Plaintiff is, and at all times relevant hereto was, a citizen and resident of Orange County, Florida.

5.      Defendant is, and at all times relevant hereto was, a foreign corporation.  Defendant maintains its primary place of business and headquarters in Chanhassen, MN.  Defendant directs, markets, and provides business activities throughout the State of Florida.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction pursuant to Florida Rule of Civil Procedure 1.220 and Fla. Stat. § 26.012(2). The matter in controversy exceeds the sum or value of $30,000 exclusive of interest, costs, and attorney's fees.

7.       Defendant is subject to personal jurisdiction in Florida because this suit arises out of and relates to Defendant's contacts with this state. Defendant made or caused to be made unsolicited text message calls into Florida in violation of the TCPA.  Plaintiff received such calls while residing in and physically present in Florida.

8.      Venue for this action is proper in this Court pursuant to Fla. Stat. § 47.051 because the cause of action accrued in this County.

## FACTS

9.      Since on or about August 2021, Defendant has bombarded Plaintiff's cellular telephone number with marketing text messages.  Defendant continues to harass Plaintiff with text message calls from various telephone numbers at all times of the day.  Below are screenshots of the messages sent by Defendant.  As shown by the screenshots, Defendant continues to text message Plaintiff even *after* repeated opt-out requests.

2

**+1 (507) 632-0090** ›

Save Our Country! Get Mike's Book For $9.97 & Free Shipping w/. Promo Code Audit89
MyPillow.com/A89

Sun, Sep 5, 4:49 PM

Labor Day Overstock Flash Sale Ends Tomorrow! Save Up To 75% On Select Great Products! Use Promo Code: FS33 mypillow.com/fs33 Thank You For Your Support!

Tue, Sep 7, 5:49 PM

Watch All New Diamond & Silk Live @ 9PM CT M-F At Frank Speech! I Want To Thank You For Your Continued Support! Get MyPillows For $19.99 Now! Mypillow.com/FS43

Thu, Sep 9, 10:04 AM

Sale Of The Year! Buy One Set Of MyPillow Bed Sheets Get The Second Set Absolutely Free! Thanks For Your Support Of FrankSpeech! mypillow.com/fs78 Use Code FS78

+1 (507) 632-0220 ›

Text Message
Sat, Aug 21, 12:08 PM

Frank: Flash Sale! MyPillow Bed Sheets Save 50% As Low As $49.99 Per Set With Promo Code: Audit88 To Buy Now MyPillow.com/Audit88 Watch Mike Live @ The Alabama Trump Rally Today @ 4:30PM CT On frankspeech.com . Stop to opt-out.

Tue, Aug 31, 3:08 PM

Check Out These Exclusive Offers Only At FrankSpeech.com MyPillows Only $19.99 With Promo Code: FS44 mypillow.com/fs44 & Much More! Reply STOP to opt-out

Sun, Sep 12, 3:55 PM

Last Chance! MyPillow Sale Of The Year! Buy One Sheet Set Get One Set Absolutely Free! Thank You For Your Support! mypillow.com/fs92 Use Promo Code: FS92

+1 (507) 632-0220 ›

Sheets Save 60% As Low As
$49.99 Per Set With Promo
Code: Audit88 To Buy Now
MyPillow.com/Audit88 Watch
Mike Live @ The Alabama Trump
Rally Today @ 4:30PM CT On
frankspeech.com . Stop to opt-
out.

Tue, Aug 31, 3:08 PM

Check Out These Exclusive
Offers Only At FrankSpeech.com
MyPillows Only $19.99 With
Promo Code: FS44 mypillow.com/
fs44 & Much More! Reply STOP
to opt-out

Sun, Sep 12, 3:55 PM

Last Chance! MyPillow Sale Of
The Year! Buy One Sheet Set Get
One Set Absolutely Free! Thank
You For Your Support!
mypillow.com/fs92 Use Promo
Code: FS92

Tue, Sep 14, 1:48 PM

Stop

5

+1 (218) 509-9990 ›

Text Message
Thu, Aug 26, 7:31 PM

I'm So Proud To Announce Diamond And Silk Chit Chat Live New Show At 9:00 PM CT Daily On FrankSpeech.com. Please Share Everywhere! Exclusive Frank Speech Special 6-Piece Bath Towels Reg $109.99 Now $39.99 mypillow.com/m44 With Promo Code: Mike44. Stop to opt-out.

Mon, Aug 30, 6:49 PM

Watch The All-New Lindell TV Lineup On FrankSpeech.com For The Real News! Exclusive Frank Subscriber Special Save 50% On New MySlippers mypillow.com/fs22

Tue, Sep 14, 7:59 PM

Thank You For Your Support Of FrankSpeech! Get MyPillow 6-Piece Towels At Our Best Price Regularly $109.99 Now $39.99 Use Promo Code: FS49 mypillow.com/fs49

**+1 (507) 632-0030** ›

Text Message
Sat, Sep 11, 4:39 PM

One Day Left!!! MyPillow Sale Of The Year! Buy One Sheet Set Get One Set Absolutely Free! Thank You For Your Support! mypillow.com/fs79 Use Promo Code: FS79

Wed, Sep 15, 4:42 PM

Flash Sale 2-Days Left! FrankSpeech Subscriber SALE! MyPillow 6-Piece Bath Towel Sets Normally $109.99 Now Only $39.99 With Promo Code FS72 mypillow.com/fs72

Thu, Sep 16, 1:51 PM

FrankSpeech Flash Sale 1-Day Left! Get MyPillow 6-Piece Towel Sets Reg $109.99 Now $39.99 With Promo Code: FS48 mypillow.com/FS48 Thank You For Your Support!

+1 (507) 632-0100 ›

Text Message
Thu, Aug 19, 4:15 PM

Frank: Thank You For Your Support! Flash Sale! MyPillow Bed Sheets Save 50% As Low As $49.99 Per Set With Promo Code: Audit50 To Buy Now MyPillow.com/Audit50 Watch Mike's Live Show @ Frankspeech.com & Watch Daily 11:00AM & 6:00PM CST

Sat, Sep 11, 2:25 PM

Ends Tomorrow! MyPillow Sale Of The Year! Buy One Sheet Set Get One Set Absolutely Free! Thank You For Your Support! mypillow.com/fs38 Use Promo Code: FS38

Thu, Sep 16, 4:17 PM

Frank Subscriber Special LAST CHANCE! MyPillow 6-Piece Bath Towel Sets Reg $109.99 Now $39.99 With Promo Code FS73 mypillow.com/FS73 Thank You For Your Support!

+1 (507) 632-0200 ›

Text Message
Wed, Aug 18, 3:33 PM

Mike Lindell Thanks You For Your Support! Flash Sale! 6-Piece MyPillow Bath Towels Reg $109.99 Now $39.99. Promo Code: Audit50 To Buy Now, Click mypillow.com/audit50 Watch Mike's New Show Live @ Frankspeech.com At 6:00PM CST Tonight! Watch Daily 11:00AM & 6:00PM CST

Wed, Sep 1, 6:03 PM

Exclusive Subscriber Special Only At Frank! Thank You For Your Support! MyPillows Only $19.99 With Promo Code: FS77 mypillow.com/fs77 & Much More!

Fri, Sep 10, 4:35 PM

Sale Of The Year! Buy One Set Of MyPillow Bed Sheets Get The Second Set Absolutely Free! Thanks For Your Support Of FrankSpeech! mypillow.com/fs78 Use Code FS78

+1 (507) 632-0200 ›

mypillow.com/fs77 Watch
Mike's New Show Live @
Frankspeech.com At 6:00PM CST
Tonight! Watch Daily 11:00AM &
6:00PM CST

Wed, Sep 1, 6:03 PM

Exclusive Subscriber Special Only
At Frank! Thank You For Your
Support! MyPillows Only $19.99
With Promo Code: FS77
mypillow.com/fs77 & Much More!

Fri, Sep 10, 4:35 PM

Sale Of The Year! Buy One Set Of
MyPillow Bed Sheets Get The
Second Set Absolutely Free!
Thanks For Your Support Of
FrankSpeech! mypillow.com/fs78
Use Code FS78

Friday 11:22 AM

For The Real News, Watch Frank!
MyPillow Bed Sheets Special Buy
1 Set Get 1 Set Absolutely Free!
mypillow.com/fs78 Use Promo
Code FS78

**+1 (507) 632-0222** ›

Text Message
Mon, Aug 23, 4:31 PM

Frank: Help Support Frank Speech!      BREAKING NEWS @ 6PM CT On The Lindell Report & Watch Brannon Howse Live @ 7PM CT! Frankspeech.com. Flash Sale! $19.99 MyPillow With Promo Code: Audit67 MyPillow.com/sp

Stop

Sat, Sep 4, 3:35 PM

Labor Day Weekend Flash Sale! Overstock MyPillow Products! Save Up To 75% On Select Products With Promo Code FS22 mypillow.com/FS22 Thank You For Your Support

Mon, Sep 13, 1:55 PM

Thank You For Your Support! Patriot Sale! Get Mike's Memoir & Roll & GoAnywhere MyPillow Reg $59.96 Now Only $19.98 With Promo Code: FS727 mypillow.com/fs727

+1 (507) 632-0222 ›

Wed, Sep 15, 6:32 PM

36 Hours Left! FrankSpeech Exclusive Specials! 6-Piece Towel Sets Normally $109.99 Now $39.99 With Promo Code FS89 mypillow.com/fs89 Thank You For Your Support!

Thu, Sep 16, 8:40 AM

Please remove me and stop messaging me for my pillow sales and Frank speech

Friday 5:48 PM

Thank You For Supporting FrankSpeech For The Real News! MyPillow Fall OVERSTOCK SALE Save Up To 75% On Select Products With Promo Code: FS22 mypillow.com/FS22

Saturday 12:05 PM

Breaking News Always On FrankSpeech Thank You For Your Support! MyPillow Overstock Specials Save Up To 75% On Select Items Use Promo Code

+1 (507) 632-0050 ›

Text Message
Mon, Aug 16, 7:02 PM

Frank: Mike Lindell LIVE @ Frankspeech.com @ 6pm CT to expose those that attacked his cyber symposium. Help save our country, share everywhere. Stop to opt out

Fri, Aug 27, 4:06 PM

New Diamond And Silk Chit Chat Live Airing M-F @ 9:00 PM CT On FrankSpeech.com Share Everywhere! Subscriber Exclusive Special MyPillow 6-Pack Towels Reg $109.99 Now $39.99 mypillow.com/M33 Use Promo Code Mike33

Wed, Sep 8, 7:01 PM

MyPillow Sale Of The Year! Buy One Get One Free MyPillow Bed Sheets! Thank You For Your Support Of FrankSpeech! mypillow.com/fs82 Use Promo Code: FS82

+1 (507) 632-0050 ›

to opt out

Fri, Aug 27, 4:06 PM

New Diamond And Silk Chit Chat
Live Airing M-F @ 9:00 PM CT On
FrankSpeech.com Share
Everywhere! Subscriber Exclusive
Special MyPillow 6-Pack Towels
Reg $109.99 Now $39.99
mypillow.com/M33 Use Promo
Code Mike33

Wed, Sep 8, 7:01 PM

MyPillow Sale Of The Year! Buy
One Get One Free MyPillow Bed
Sheets! Thank You For Your
Support Of FrankSpeech!
mypillow.com/fs82 Use Promo
Code: FS82

Monday 1:20 PM

Thank You For Supporting
FrankSpeech For The Real News!
MyPillow Fall OVERSTOCK SALE
Save Up To 75% On Select
Products With Promo Code: FS22
mypillow.com/FS22

+1 (507) 632-0080 ›

Text Message
Tue, Sep 14, 11:44 AM

3-Day Frank Exclusive Flash Sale!
MyPillow Bath Towels Reg
$109.99 Now $39.99 With Promo
Code: FS87 mypillow.com/fs87
Thank You For Your Support Of
FrankSpeech!

Tue, Sep 14, 1:48 PM

Stop

Monday 4:43 PM

Watch FrankSpeech For Breaking
News Thank You For Your
Support! MyPillow Overstock
Specials Save Up To 75% On
Select Items Use Promo Code
FS97 mypillow.com/fs97

+1 (218) 324-4040 ›

Text Message
Fri, Aug 20, 3:11 PM

Frank: Mike on Michigan Rally Today At 3:30PM CT On Lindelltv.com MyPillow Sale Of The Year! Bed Sheets As Low As $49.99 MyPillow.com/audit77 Stop to opt-out

Thu, Aug 26, 12:27 PM

Watch The Lindell Report @ 6PM CT Today! Thank You For Your Support! Flash Sale Exclusive Frank Offer 6-Pack Bath Towels Reg $109.99 Now $39.99 mypillow.com/M77

Sat, Aug 28, 12:57 PM

For The Real News Watch FrankSpeech.com M-F @ 11AM & 6PM CT Thank You For Your Support Flash Sale MyPillow 6-Pack Towels Reg $109.99 Now $39.99 mypillow.com/m44

Sun, Aug 29, 3:32 PM

Watch The Lindell Report On

16

+1 (218) 324-4040 ›

~~News M-F @ 11AM & 5PM.~~
MyPillow 6-Piece Bath Towel
Flash Sale Reg $109.99 Now
$39.99 mypillow.com/m88

Mon, Sep 6, 2:18 PM

Last Chance! Labor Day
Overstock Flash Sale! Save Up To
75% On Select Great Products!
Thank You For Your Support!
mypillow.com/fs67 Use Promo
Code: FS67

Sunday 1:26 PM

2-Days Left! OVERSTOCK FLASH
SALE! Save Up To 75% On Select
Great Products With Promo
Code: FS76 mypillow.com/FS76
Thank You For Supporting
FrankSpeech!

Tuesday 12:00 PM

Support Free Speech!
OVERSTOCK MyPillow Flash Sale
Save Up To 75% On Select Great
Products! Use Promo Code FS84
mypillow.com/FS84

+1 (507) 632-0060 ›

Text Message
Wed, Aug 25, 3:19 PM

HUGE NEWS! Watch Mike Live On Frankspeech.com & OAN Tonight @ 6:00 PM CT! The Pillow That Started It All MyPillow Premium Reg $69.98 Now $29.98 mypillow.com/a99

Stop

Fri, Sep 3, 4:01 PM

Exclusive Frank Labor Day Weekend Sale! MyPillows Only $19.99 With Promo Code FS99 mypillow.com/fs99 Thank You For Your Support! Watch Frank For The Real News!

Tuesday 3:30 PM

OVERSTOCK FLASH SALE! Save Up To 75% On Select Great Products With Promo Code: FS76 mypillow.com/FS76 Thank You For Supporting FrankSpeech!

10.     At the time Plaintiff received these messages, Plaintiff was the subscriber and sole user of the number that received Defendant's messages.

11.     Plaintiff primarily uses her cellular telephone as a personal and residential phone.

12.     Defendant's text messages constitute telemarketing, advertising, or solicitations because they promote Defendant's business, goods and services.

13.     As demonstrated above, Plaintiff requested multiple times that Defendant stop contacting her cellular telephone.

14.     Notwithstanding, Plaintiff continued to receive unsolicited text messages from Defendant.

15.     The failure to stop calling is indicative of Defendant's failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

16.     The failure to stop calling is indicative of Defendant's failure to abide by any supposed internal do-not-call list Defendant claims to maintain.

17.     Defendant's unsolicited text message caused Plaintiff harm, including invasion of privacy, aggravation, annoyance, and wasted time.   Further, Defendant violated Plaintiff's substantive rights under the TCPA to remain free of unsolicited calls

## CLASS ALLEGATIONS

### PROPOSED CLASS

18.     Plaintiff brings this lawsuit as a class action on behalf of herself individually and on behalf of all other similarly situated persons as a class action pursuant to Florida Rule of Civil Procedure 1.220(b)(2) and (b)(3).  The "Class" that Plaintiff seeks to represent is defined as:

> **All persons within the United States who, within the four years prior to the filing of this Complaint, (1) received a text message, (2) encouraging the purchase or rental of, or investment in, Defendant's property, goods, or services, (3) to said person's residential telephone number, (4) after making a request to Defendant to not receive any more telephonic communications from Defendant by replying "stop" or any other similar request.**

19.     Plaintiff reserves the right to modify the Class definitions as warranted as facts are learned in further investigation and discovery.

20.     Defendant and its employees or agents are excluded from the Class. Plaintiff does not know the number of members in the Class but believes the Class members number in the several thousands, if not more.

### NUMEROSITY

21.     Upon information and belief, Defendant has placed text message calls to telephone numbers belonging to thousands of consumers throughout the United States. The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

22.     The exact number and identities of the members of the Class are unknown at this time and can only be ascertained through discovery.  Identification of the Class members is a matter capable of ministerial determination from Defendant's call records.

**COMMON QUESTIONS OF LAW AND FACT**

23.     There are numerous questions of law and fact common to the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the Class are: [1] Whether Defendant can meet its burden of showing that it obtained prior consent to make such calls; [2] Whether Defendant's conduct was knowing and willful; [3] ether Defendant initiated telemarketing calls to telephone numbers who requested to not receive such calls; [4] Whether Defendant is liable for damages, and the amount of such damages; and [5] Whether Defendant should be enjoined from such conduct in the future.

24.     The common questions in this case are capable of having common answers. If Plaintiff's claim that Defendant routinely transmits calls to telephone numbers assigned to cellular telephone services is accurate, Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

**TYPICALITY**

25.     Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

**PROTECTING THE INTERESTS OF THE CLASS MEMBERS**

26.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

<u>**Superiority**</u>

27.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

28.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

**COUNT I**
<u>**Violations of 47 U.S.C. § 227 and 47 C.F.R. § 64.1200**</u>
**(On Behalf of Plaintiff and the Class)**

29.     Plaintiff re-alleges and incorporates the foregoing allegations as if fully set forth herein.

30.     Plaintiff re-alleges and incorporates paragraphs 1-31 as if fully set forth herein.

31.     In pertinent part, 47 C.F.R. § 64.1200(d) provides:

No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:

(1) Written policy. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.

(2) Training of personnel engaged in telemarketing. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.

32.     Under 47 C.F.R § 64.1200(e), the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers.

33.     Plaintiff and the Internal Do Not Call Class members made requests to Defendant not to receive future text message solicitations on their residential cellular telephone numbers from Defendant.

34.     Defendant failed to honor Plaintiff and the Internal Do Not Call Class members' opt-out requests.

35.     Defendant's refusal to honor opt-out requests is indicative of Defendant's failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

36.     Defendant's refusal to honor opt-out requests is indicative of Defendant's failure to abide by any supposed internal do-not-call list Defendant may claim to maintain.

37.     Thus, Defendant has violated 47 C.F.R. § 64.1200(d).

38.     Pursuant to section 227(c)(5) of the TCPA, Plaintiff and the Internal Do Not Call Class members are entitled to an award of $500.00 in statutory damages, for each and every negligent violation.

39.     As a result of Defendant's knowing or willful conduct, Plaintiff and the Internal Do Not Call Class members are entitled to an award of $1,500.00 in statutory damages per violation.

40.     Plaintiff and the Internal Do Not Call Class members are also entitled to and seek injunctive relief prohibiting Defendant's illegal conduct in the future, pursuant to section 227(c)(5).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a)   An order declaring that Defendant's actions, as set out above, violate the TCPA;

b)   An order certifying this case as a class action on behalf of the Classes as defined above, and appointing Plaintiff as the representative of the Classes and Plaintiff's counsel as Class Counsel;

c)   An injunction mandating Defendant to honor opt our requests and maintain an internal Do Not Call list.

d)   As a result of Defendant's negligent violations of 47 U.S.C. §§ 227, *et seq*., and 47 C.F.R. § 64.1200, Plaintiff seeks for herself and each member of the Class $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3).

e)   As a result of Defendant's knowing and/or willful violations of 47 U.S.C. §§ 227, *et seq*., and 47 C.F.R. § 64.1200, Plaintiff seeks for herself and each member of the Class treble damages, as provided by statute, up to $1,500.00 for each and every violation pursuant to 47 U.S.C. § 227(b)(3).

f)   Such further and other relief as the Court deems necessary.

## **JURY DEMAND**

Plaintiff, individually and on behalf of the Class, hereby demand a trial by jury.

## <u>DOCUMENT PRESERVATION DEMAND</u>

Plaintiff demands that Defendant take affirmative steps to preserve all records, lists, electronic databases or other itemization of telephone numbers associated with the communications or transmittal of the calls as alleged herein.

DATED: September 28, 2021

Respectfully Submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com