**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO. 6:21-cv-01899-CEM-GJK**

BETHANY GAUDREAU,
individually and on behalf of all
others similarly situated,                               **CLASS ACTION**

    Plaintiff,                                                **JURY TRIAL DEMANDED**

v.

MY PILLOW, INC.,

    Defendant.
_____/

**JOINT MOTION REQUESTING DEADLINE AND BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

    The parties jointly move for this Court to set a deadline for the filing of Plaintiff's Motion for Class Certification, and a briefing schedule for a response and reply to the Motion, and in support state:

    1.    This putative class action under the Telephone Consumer Protection Act was removed to this Court on November 11, 2021.

    2.    On December 23, 2021, the parties filed their Joint Scheduling Report, which included, among other proposed deadlines, a date for the filing of Plaintiff's Motion for Class Certification.

    3.    On January 12, 2022, the Court entered its Scheduling Order setting various deadlines for the completion of discovery and the filing of dispositive motions, but the order did not contain a deadline for the filing of Plaintiff's Motion for Class

1

Certification.

4.	The parties therefore request for the Court to enter the proposed attached Order setting the following briefing schedule:

| EVENT | DEADLINE |
|---|---|
| Plaintiff(s) shall file their Motion for Class Certification by: | September 8, 2022 |
| Defendant shall file its Response to Plaintiff(s) Motion for Class Certification by: | October 10, 2022 |
| If permitted, subject to Local Rule 3.01(d), Plaintiff shall file her Reply in Support of Plaintiff's Motion for Class Certification by: | 14 days after the filing of the Response |

5.	The parties respectfully submit that setting the above proposed deadline and briefing schedule will not conflict with any deadlines set by the Court, is in the best interest of the parties and the Court, and will promote the efficient litigation and resolution of this matter.

**WHEREFORE**, the parties respectfully request an Order granting the instant Motion, and for such other and further relief deemed appropriate.

## CERTIFICATE OF CONFERRAL

The undersigned hereby certifies that he conferred with counsel for Defendant, and Defendant joins in the requested relief.

Date: January 21, 2022

        Respectfully submitted,

        **HIRALDO P.A.**

        */s/ Manuel S. Hiraldo*
        Manuel S. Hiraldo
        Florida Bar No. 030380
        (*pro hac vice*)
        401 E. Las Olas Boulevard
        Suite 1400
        Ft. Lauderdale, Florida 33301
        Email: mhiraldo@hiraldolaw.com
        Telephone: 954.400.4713
        *Counsel for Plaintiff*

DATED:  January 21, 2022        **PARKER DANIELS KIBORT LLC**

        By */s/ Ryan P. Malone*
        Andrew D. Parker (*pro hac vice*)
        Ryan P. Malone (*pro hac vice*)
        888 Colwell Building
        123 N. Third Street
        Minneapolis, MN 55401
        Telephone: (612) 355-4100
        Facsimile: (612) 355-4101
        parker@parkerdk.com
        malone@parkerdk.com

        **HARTNETT LAW P.A.**
        David P. Hartnett
        Florida Bar No. 946631
        8900 S.W. 107 Avenue
        Suite 301
        Miami, Florida 33176
        Telephone: 305-598-2000
        Facsimile: 305-675-6171
        dhartnett@thehartnettfirm.com

        *Counsel for Defendant My Pillow, Inc.*