**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO. 6:21-cv-01899-CEM-GJK**

BETHANY GAUDREAU,
individually and on behalf of all,
others similarly situated,                                **CLASS ACTION**

    Plaintiff,                                                      **JURY TRIAL DEMANDED**

v.

MY PILLOW, INC.,

    Defendant.
_____/

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Plaintiffs Bethany Gaudreau and Joseph Ram, pursuant to Federal Rule of Civil Procedure 37(a), Local Civil Rule 3.01, and Magistrate Judge Gregory J. Kelly's Standing Order on Discovery Motions, moves to compel Defendants MyPillow, Inc. ("MyPillow") and Frank Speech LLC ("Frank Speech"), to produce documents responsive to Plaintiff's Second Request for Production ("Requests to Produce"), and in support states:

Plaintiffs' operative Second Amended Complaint asserts causes of action on behalf of a putative class pursuant to the Telephone Consumer Protection Act and Florida Telephone Solicitations Act. [ECF No. 39]. The case arises from Defendants' mass transmission of unsolicited robotexts to millions of unsuspecting consumers. Pursuant to this Court's Order, the deadline for Plaintiffs

to move for class certification is October 6, 2022. [ECF No. 73]

On August 26, 2022, Plaintiffs served Defendants MyPillow and Frank Speech with Plaintiff's Second Request for Production. *See* Plaintiff's Second Request for Production to Defendants MyPillow and Frank Speech, attached as **Exhibit A and B**. Defendants failed to provide any responses or objections to these discovery requests, and never sought an extension, either informally or from the Court. Instead, when the undersigned requested for Defendants to respond, counsel for Defendants stated that Defendants would do so next week.

Discovery objections not timely made in responses to discovery requests are deemed waived. *See Morock v.Chautauqua Airlines, Inc.*, Case No. 8:07-cv-210-T-17MAP, 2007 U.S. Dist. LEXIS 88532, 2007WL 4247767, at *4 (M.D. Fla. Dec. 3, 2007) ("Because of the Defendant's failure to make timely objections to the discovery, the Defendant's objections are waived."); *see also* Middle District Discovery (2021) at § III.A.6 ("Absent compelling circumstances, failure to assert an objection to a request for production within the time allowed for responding constitutes a waiver and will preclude a party from asserting the objection in response to a motion to compel."); *Third Party Verification, Inc. v. SignatureLink, Inc.*, 2007 U.S. Dist. LEXIS 32238, 2007 WL 1288361 at *2 (M.D. Fla. 2007) ("A party failing to serve an objection to a discovery request within the time required by Fed. R. Civ. P. 33 or 34, in the absence of good cause or of an extension of time to do so, waives the right to later raise objections.").

Defendants have made no effort to file a response, object, or seek an extension. Consequently, all objections to the requests are waived. Additionally, Federal Rule of Civil Procedure 37 provides that if a party must seek relief from the Court to compel a party to respond, the moving party may be awarded reasonable expenses including attorney's fees incurred in compelling the responses.

Based on the foregoing, Plaintiffs respectfully request an order immediately compelling production of all documents responsive to Plaintiffs' Request to Produce, deeming any objections waived, and granting Plaintiffs' reasonable attorneys' fees and costs associated with having to compel responses.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, I hereby certify that on September 29, 2022, I conferred with counsel for Defendants via zoom regarding the issues raised in this Motion, but the parties have been unable to resolve the matters in dispute.

DATED: September 29, 2022

Respectfully Submitted,

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
*Counsel for Plaintiff*