UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BETHANY GAUDREAU and
JOSEPH RAM,**

      **Plaintiffs,**

v.                                                    Case No. 6:21-cv-1899-CEM-DAB

**MY PILLOW, INC., FRANK
SPEECH, LLC, and MICHAEL
JAMES LINDELL,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Stipulation for Dismissal (Doc. 111). The parties stipulated to a dismissal of Plaintiffs' claims against Defendant My Pillow, Inc. with prejudice and against Defendants Frank Speech, LLC, and Michael James Lindell without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record